IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAYLA WILDEY,<br><br>             Plaintiff,<br><br>     vs.<br><br>PROGRESSIVE NORTHWESTERN<br>INSURANCE COMPANY,<br><br>             Defendant. | CV 26-21-M-KLD<br><br><br>ORDER |

Plaintiff Kayla Wildey, who is proceeding pro se in this matter, has filed an unopposed motion for leave to file a second amended complaint. (Doc. 11). Plaintiff previously filed a first amended complaint (Doc. 5) and later a motion (Doc. 10) requesting that the Court deem the first amended complaint as filed with leave.

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading "with the opposing party's written consent or the court's leave," which should be "freely give[n] when justice so requires." Accordingly, and the liberal standard of Rule 15(a)(2) having been satisfied,

1

    IT IS ORDERED that Plaintiff's motion for leave to file a second amended complaint (Doc. 11) is GRANTED. Plaintiff shall promptly file her second amended complaint. In light of Plaintiff's leave to file a second amended complaint, IT IS FURTHER ORDERED that Plaintiff's motion regarding her first amended complaint (Doc. 10) is DENIED AS MOOT.

    DATED this 12th day of February, 2026

                                                 _____
                                               Kathleen L. DeSoto
                                               United States Magistrate Judge